PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>vs.                             )<br>)<br>**DANIEL CHAVEZ-MORALES** )<br>) | **Docket Number: 1:05CR00492 OWW** |

On November 17, 2000, the above-named was placed on Supervised Release for a period of 5 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS
United States Probation Officer**

Dated:     September 8, 2008
               Bakersfield, California
               RCW:ks

**REVIEWED BY:**     /s/ Thomas A. Burgess
                              **THOMAS A. BURGESS
                              Supervising United States Probation Officer**

**Re:    Daniel CHAVEZ-MORALES**
       **Docket Number:   1:05CR00492 OWW**
       **ORDER TERMINATING SUPERVISED RELEASE**
       <u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   <u>September 9, 2008</u>**           <u>        /s/ Oliver W. Wanger        </u>
                                                 UNITED STATES DISTRICT JUDGE